**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**ASPEN J. COMPTON-HOYTE**
**JACK A. BORTON**
Deputy Prosecuting Attorneys
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar Nos. 11227 & 12257
Email:  civilpafiles@adacounty.id.gov

*Attorneys for Defendant Ada County*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTOPHER WILSKE,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF BOISE, OFFICER WAYNE ANDERSON, and ADA COUNTY,<br><br>          Defendants. | **Case No. 1:26-cv-00153-BLW**<br><br>**DEFENDANT ADA COUNTY'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>[Dkt. 3] |

**COMES NOW** Defendant Ada County, by and through counsel of record, Aspen J. Compton-Hoyte and Jack A. Borton, Deputy Prosecuting Attorneys of the Ada County Prosecuting Attorney's Office, Civil Division, and in answer to Plaintiff Christopher Wilske's First Amended Complaint filed on March 19, 2026 (Dkt. 3), hereby responds to the allegations set forth therein as follows:

DEFENDANT ADA COUNTY'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL – PAGE 1

## ANSWER

1.     Defendant Ada County denies all Plaintiff's allegations set forth in the First Amended Complaint except those specifically admitted herein.

2.     In response to Plaintiff's allegations set forth in the First Amended Complaint, Defendant Ada County specifically admits only as follows:

a.     Defendant Ada County is a political subdivision of the State of Idaho.

b.     Defendant Ada County operates an emergency communications system within Ada County, Idaho pursuant to Idaho law.

c.     Defendant Ada County employs dispatchers who answer calls for service through the emergency communications system.

d.     Upon information and belief, Plaintiff submitted a notice of claim to Defendant Ada County on or about March 10, 2026.

3.     Defendant Ada County otherwise denies all Plaintiff's allegations set forth in the First Amended Complaint.

## DEFENSES

4.     The First Amended Complaint fails to state a claim upon which relief may be granted as against Defendant Ada County.

5.     Plaintiff failed to timely comply with the Idaho Tort Claims Act as to the claims he asserts against Defendant Ada County and such claims have therefore been waived or are otherwise barred.

6.     Defendant Ada County is entitled to immunity under the Idaho Tort Claims Act as to the claims Plaintiff asserts against it and such claims are therefore barred.

DEFENDANT ADA COUNTY'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL – PAGE 2

7.      No act or omission on the part of Defendant Ada County caused or contributed to Plaintiff's alleged damages.

8.      Plaintiff's alleged damages, if any, were caused, either in whole or in part, by the acts or omissions of third parties other than Defendant Ada County.

9.      Plaintiff's alleged damages, if any, were caused, either in whole or in part, by superseding or intervening causes for which Defendant Ada County is not responsible.

10.      Plaintiff's alleged damages, if any, were caused, either in whole or in part, by acts or omissions of his fellow servants.

11.      Plaintiff's alleged damages, if any, were caused, in whole or in part, by Plaintiff's own negligence, and not by any negligence of Defendant Ada County.

12.      Plaintiff voluntarily assumed the risk of injury he allegedly sustained.

13.      Plaintiff has failed to mitigate his damages, if any, and his right to recovery, if any, is thereby reduced or barred.

## **RESERVATIONS**

14.      Defendant Ada County, by virtue of pleading a defense above, does not admit that the aforementioned defenses are affirmative defenses within the meaning of applicable law, and does not thereby assume a burden of proof or production not otherwise imposed upon it as a matter of law.

15.      In asserting any of the above defenses, Defendant Ada County further does not admit any fault, responsibility, liability, or damage but, to the contrary, expressly denies the same.

16.      Discovery has yet to commence, the results of which may disclose the existence of facts supporting further and additional defenses.  Defendant Ada County, therefore, reserves the right to seek leave of this Court to amend this Answer as may be deemed appropriate.

DEFENDANT ADA COUNTY'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL – PAGE 3

## REQUEST FOR ATTORNEY FEES

17.    Defendant Ada County has been required to retain the services of Ada County Prosecuting Attorney's Office, Civil Division, in defense of this action and is entitled to recover its reasonable attorney fees and costs incurred in this matter pursuant applicable law, including, but not limited to, 28 U.S.C. § 1927, 42 U.S.C. § 1988, Fed. R. Civ. P. 54, and any and all other applicable statutes and rules.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Ada County prays for judgment as follows:

A.    That Plaintiff take nothing from or against Defendant Ada County by way of the First Amended Complaint or any other pleading he may bring in this matter;

B.    That all claims, counts, and prayers for relief against Defendant Ada County be dismissed with prejudice;

C.    That Defendant Ada County be dismissed as a party to this action;

D.    That Defendant Ada County be awarded its reasonable attorney fees and costs incurred in the defense of this action; and

E.    For such other and further relief as this Court may deem just and proper.

**JURY TRIAL IS DEMANDED.**

DATED this 21st day of April, 2026.

**JAN M. BENNETTS**
Ada County Prosecuting Attorney

By:    /s/ Aspen J. Compton-Hoyte
       Aspen J. Compton-Hoyte, Deputy Prosecuting Attorney
       Attorney for Defendant Ada County

DEFENDANT ADA COUNTY'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL – PAGE 4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of April, 2026, I filed the foregoing DEFENDANT ADA COUNTY'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Colin G. Prince
John B. McEntire, IV
CONNELLY LAW OFFICES, PLLC
cprince@connelly-law.com
jmcentire@connelly-law.com

Evan Bariault
Mark Conrad
FREY BUCK, P.S.
ebariault@freybuck.com
mconrad@freybuck.com

Daniel Williams
Erika P. Judd
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
dwilliams@idalaw.com
ejudd@idalaw.com

AND I FURTHER CERTIFY that on such date, I served the foregoing on the following non-CM/ECF Registered Participants in the manner(s) indicated as follows:

N/A

*/s/ Chyvonne Tiedemann*
Legal Assistant

DEFENDANT ADA COUNTY'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL – PAGE 5